UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAAG AUDIO, LLC,

    Plaintiff,                      Case No. 20-cv-10444
                                   Hon. Matthew F. Leitman

v.

EARBYTE, INC., d/b/a
ANTELOPE AUDIO,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Maag Audio, LLC and Defendant Earbyte, Inc. d/b/a/ Antelope Audio, through counsel, have stipulated to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorneys' fees and costs [Dkt. No. 46].

Based on the Dismissal With Prejudice, this action, including all claims and counterclaims stated herein against all parties, is DISMISSED with PREJUDICE. Each party shall bear its own attorneys' fees and costs. As a result, no claims remain in this matter and it may be closed.

    **IT IS SO ORDERED.**

                                              /s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: December 16, 2021

Agreed as to form, through Counsel of Record, this <u>15th</u> day of December 2021.

| | |
|---|---|
| **KIRTON | MCCONKIE**<br><br>By /s/ *James T. Burton*<br>**James T. Burton**<br>Utah Bar No. 11875<br>(admitted EDMI 4/15/2010)<br>jburton@kmclaw.com<br>**Michael A. Eixenberger**<br>Utah Bar No. 16446<br>(Admitted to EDMI 3/11/2020)<br>meixenberger@kmclaw.com<br>36 South State, Suite 1900<br>Salt Lake City, Utah 84111<br>Telephone: (801) 328-3600<br><br><br>By: /s/ *Leslie C. Morant*<br>**Leslie C. Morant** (P68061)<br>Morant Law PLLC<br>300 Ottawa Ave., NW, Suite 816<br>Grand Rapids, Michigan 49503<br>Phone: 616-647-5426<br>Email: les@morantlawpllc.com<br><br>*Attorneys for Plaintiff MAAG Audio, LLC* | **LOCKE LORD LLP**<br><br>By /s/ *Bryan G. Harrison (with permission)*<br>**Bryan G. Harrison**<br>Georgia State Bar No. 331750<br>bryan.harrison@lockelord.com<br>Terminus 200, Suite 1200<br>3333 Piedmont Road, N.E.<br>Atlanta, Georgia 30305<br>(404) 870-4600<br><br>Of Counsel:<br><br>**THE JARBOE LAW FIRM, PLC**<br><br>**Carl F. Jarboe** (P 33059)<br>cfjarboe@jarboelawfirm.com<br>18720 Mack Avenue, Suite 240<br>Grosse Pointe Farms, Michigan 48236<br>(313) 821-2600<br><br>*Attorneys for Defendant Earbyte, Inc., d/b/a Antelope Audio* |